IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TRINT HEIGHT, and SHAMEKA LASHAWN JOHNSON, individually and as parents and next friends of T.H., a minor, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:21-cv-174 |
| v. | |
| PHANTOM FIREWORKS EASTERN REGION, LLC d/b/a PHANTOM FIREWORKS OF SAVANNAH, | |
| Defendant. | |

**O R D E R**

Before the Court is a "Dismissal With Prejudice," signed and filed by counsel for Plaintiffs on October 27, 2022, wherein Plaintiffs purport to "authorize[] and direct[] the Clerk of this Court of United State District Court for the Southern District of Georgia Savannah Division [sic] to mark th[is] case 'Settled, Satisfied and Dismissed with Prejudice' upon the docket and records of the Court." (Doc. 36.)  Because the document was not signed by all parties who have appeared and because Defendant has filed an Answer,[1] (see doc. 5), Federal Rule of Civil Procedure 41(a)(2)

---

[1] On the topic of signing and filing documents, the "Dismissal with Prejudice" and accompanying Certificate of Service filed by Plaintiffs both bear hand-written ("wet ink") date information and attorney signatures.  (See doc. 36.)  Plaintiffs' counsel is directed to review Local Rule 5.5, which requires that documents be "signed . . . by electronic means to the extent and in the manner permitted or required by the Administrative Procedures for Filing, Signing and Verifying Pleadings and Papers by Electronic Means in Civil and Criminal Cases in the United States District Court for the Southern District of Georgia (available on the Court's website at 'www.gasd.uscourts.gov')."  S.D. Ga. L.R. 5.5; see also Administrative Procedures for Filing, Signing and Verifying Pleadings and Papers by Electronic Means, Section II.C ("A pleading or other document requiring an attorney's signature shall be signed in the following manner,

applies and the action "may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Plaintiffs' filing does not propose or request any specific terms, and Defendant has not filed a response voicing any opposition to dismissal with prejudice or requesting any terms for the dismissal. Accordingly, the Court **DISMISSES** the action **WITH PREJUDICE**, and **DIRECTS** the Clerk to **CLOSE** the case.

**SO ORDERED**, this 21st day of November, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

whether filed electronically or submitted on CD-ROM to the Clerk's Office: 's/ (attorney name).'"). Counsel shall comply with these directives in making future filings with this Court.